## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: FORKS SPECIALTY METALS INC. | : <br> : <br> : MISCELLANEOUS ACTION <br> : <br> : NO. 19-132 |
| LYNNE H. FELDMAN, ESQUIRE, Trustee for the ESTATE OF FORKS SPECIALTY METALS INC. | : <br> : <br> : <br> : BANKRUPTCY NO. 17-18601 |
| v. | : <br> : ADVERSARY NO. 19-28 |
| GRAND RIVER IRONSANDS INCORPORATED, ET AL. | : <br> : |

## ORDER

**AND NOW**, this 1st day of May 2020, upon consideration of Defendants' Motion for Withdrawal of the Reference Pursuant to 28 U.S.C. § 157(d) (ECF No. 1), Plaintiff's Response in Opposition (ECF No. 2), and Defendants' Reply (ECF No. 3), it is **ORDERED**, consistent with the accompanying Memorandum, that the Motion is **DENIED**.

The Clerk of Court is directed to mark this case **CLOSED.**

**IT IS SO ORDERED.**

BY THE COURT:

/s/ R. Barclay Surrick
**R. BARCLAY SURRICK, J.**
